NEUSER, EDWARD (EDMUND), Appellant, vs. THELEN, Respondent.

*September 12—October 11, 1932.*

For the appellant there was a brief by *N. H. Roden* of Port Washington, attorney, and *Rouiller & Dougherty* of Milwaukee of counsel, and oral argument by *C. F. Rouiller.*

For the respondent there was a brief by *Olwell & Brady, George A. Gessner,* and *John H. Schlintz,* all of Milwaukee, and oral argument by *Mr. Gessner.*

FOWLER, J. This is a companion case to that of Theresa Neuser v. Peter Thelen and Edward Thelen, decided herewith (*ante,* p. 262, 244 N. W. 801). The two cases involve the same collision and were tried together. This case is ruled by the opinion in the other.

*By the Court.*—The judgment of the circuit court is affirmed.